**ORIGINAL**



APR 14 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERNEST MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action File No.: ) 1:02-CV-0773-CC |
| UNIVERSAL WRESTLING CORPORATION f/k/a WORLD CHAMPIONSHIP WRESTLING, INC., TURNER SPORTS, INC., TURNER ENTERTAINMENT GROUP, INC. and TURNER BROADCASTING SYSTEM, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

It appearing to the Court that the parties have jointly moved for a reasonable extension of the discovery period in this action, and for good cause shown, IT IS HEREBY ORDERED that this Court's Scheduling Order is amended so that the time within which the parties may complete discovery in the above-captioned case is extended through and including May 30, 2003, and that all additional and related deadlines set out by the Court's Scheduling Order are similarly extended.

It is further Ordered that the parties shall report to the Court, no later than May 30, 2003, as to whether they have

resolved the above-captioned case through mediation.

SO ORDERED, this _____ day of _____, 2003.

                                          /s/ Clarence Cooper
                                    JUDGE, U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served opposing counsel to this action with the foregoing **JOINT MOTION TO EXTEND DISCOVERY** by depositing a copy of the same in the United States Mail with adequate postage, addressed as follows:

>Eric Richardson
>Evan Pontz
>Troutman Sanders LLP
>Suite 5200, Bank of America Plaza
>600 Peachtree Street, N.E.
>Atlanta, Georgia   30308-22165

This  3rd  day of April, 2003.

Charles J. Gernazian
Georgia Bar No.: 291703