
Filed
RECEIVED IN CLERK'S OFFICE
U.S.D.
JUL 1 6 2003
LUTHER D. THOMAS, Clerk
By: J. Ohug Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERNEST MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL WRESTLING CORPORATION f/k/a WORLD CHAMPIONSHIP WRESTLING, INC., TURNER SPORTS, INC., TURNER ENTERTAINMENT GROUP, INC., and TURNER BROADCASTING SYSTEM, INC.<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:02-CV-0773-CC |



Entered as dismissed pursuant to Rule 41(a)(1)(i)(ii), F.R.C.P.

Luther D. Thomas, Clerk
By: A. Cyprians
Deputy Clerk

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Ernest Miller, and Defendants Universal Wrestling Corporation f/k/a World Championship Wrestling, Inc., Turner Sports, Inc., Turner Entertainment Group, Inc., and Turner Broadcasting System, Inc., having agreed and for good cause shown, IT IS HEREBY ORDERED, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-styled action and all claims asserted therein against Defendants are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees in connection with this action.

SO ORDERED, this _____ day of _____, 2003.

                                        JUDGE, UNITED STATES DISTRICT COURT
                                      NORTHERN DISTRICT OF GEORGIA
                                      ATLANTA DIVISION

CONSENTED TO:


BALCH & BINGHAM LLP
(f/k/a MEADOWS, ICHTER & BOWERS, P.C.)


*[signature]* (By Eric A. Richardson, with express permission)
CARY ICHTER
Georgia Bar No. 382515
CHARLES J. GERNAZIAN
Georgia Bar No. 291703
MICHELLE M. ROTHENBERG-WILLIAMS
Georgia Bar No. 615680

Fourteen Piedmont Center
Suite 1100
3535 Piedmont Road
Atlanta, GA 30305
(404) 261-6020

Attorneys for Plaintiff


TROUTMAN SANDERS LLP

*[signature]*
JOHN J. DALTON
Georgia Bar No. 203700
JAMES A. LAMBERTH
Georgia Bar No. 431851
ERIC A. RICHARDSON
Georgia Bar No. 233873
EVAN H. PONTZ
Georgia Bar No. 583577

Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000

Attorneys for Defendants

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this ***CONSENT ORDER OF DISMISSAL WITH PREJUDICE*** upon the interested parties by depositing a copy of same in the U.S. Mail, properly addressed with adequate postage, to:

>Cary Ichter, Esq.
>Kelley Jean Beard, Esq.
>Charles Gernazian, Esq.
>Michelle M. Rothenberg-Williams, Esq.
>BALCH & BINGHAM LLP
>Fourteen Piedmont Center
>Suite 1100
>3535 Piedmont Road
>Atlanta, GA 30305
>(404) 261-6020

This 16th day of April, 2003.

_____
Eric A. Richardson

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street. N.E.
Atlanta, Georgia 30308-2216
(404) 885-3000